UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

COPLEY E. SZOSTAK,                                           Case No. 22-19693-MAM

    Debtor.                                                            Chapter 7
_____/

MICROBILT CORPORATION and PRINCETON
ALTERNATIVE FUNDING, LLC

    Plaintiff,

v.                                                                          Adv. No. 23-01070-MAM

COPLEY E. SZOSTAK,

    Defendant.
_____/

## NOTICE TO WITHDRAW DOCUMENT
### [re: ECF No. 61]

Notice is hereby given by the Debtor/Defendant, Copley E. Szostak, of the withdrawal of Court Document No. 61, filed in error. The correct document will be uploaded upon upload of this Notice.

1

**Dated: <u>January 2, 2024</u>**

    Respectfully submitted:

    **Steven S. Newburgh, Esq.**
    **STEVE NEWBURGH, P.A.**
    884 NW 6TH Drive
    BOCA RATON, FL 33486
    Tel: (917) 579-6951
    Text/SMS (561) 329-1997
    Email:  ssn@newburghlaw.net

  By:  /s/ *Steven S. Newburgh*
      Florida Bar No. 0348619
     *Counsel for Copley E. Szostak,*
     *Debtor/Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been furnished this 2nd day of January 2024, via CM/ECF to all persons authorized to receive notices, electronically, as set forth on the attached Service List and by U.S. Mail, postage prepaid, to all parties listed on the attached Service List who are not authorized to receive notices, electronically, through the Court's CM/ECF system.

By: */s/ Steven S. Newburgh*
STEVEN S. NEWBURGH
Florida Bar No. 348619

# Mailing Information for Case 23-01070-MAM

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Alexis A Leventhal    aleventhal@reedsmith.com, slucas@reedsmith.com
- Steven S Newburgh    ssn@newburghlaw.net, cmecf@newburghlaw.net

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

- (No manual recipients)