UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

**COPLEY E. SZOSTAK,**          Case No. 22-19693-MAM

    **Debtor.**                Chapter 7
_____/

**MICROBILT CORPORATION and
PRINCETON ALTERNATIVE FUNDING, LLC**

    **Plaintiffs,**

v.

    Adv. No. 23-01070-MAM

**COPLEY E. SZOSTAK,**

    **Defendant.**
_____/

> **Statement pursuant to Local Rule 9075-1:**
>
> **Due to medical issues, the undersigned counsel is unable to meet agreed-to deadlines concerning the pending discovery dispute.**

### EMERGENCY MOTION TO CONTINUE
### DEADLINES AND ABATE FILINGS FOR SEVEN (7) DAYS

**COMES NOW,** the Debtor/Defendant, Copley E. Szostak, (hereinafter "Debtor" or "Defendant") by and through her undersigned counsel, pursuant to 11 U.S.C. § 105, and Local Rules 7090-1(A) and 9075-1, files this Emergency Motion to Continue Deadlines and Abate Filings for Seven (7) Days, and in support thereof, states:

1

1.	Due to medical issues relating to the undersigned counsel's December 26, 2023, surgery, the undersigned is presently unable to comply with the deadlines agreed-upon concerning identification of the discovery requests served by Plaintiffs on the Defendant.

2.	The undersigned respectfully requests that the Defendant be afforded seven (7) days in which to provide a segregation of the discovery requests which are the subject matter of the parties' current discovery dispute.

3.	Plaintiff's counsel, Alexis Leventhal, Esq. has indicated agreement with the requested continuance.

4.	The undersigned certifies that his client consents to the requested continuance.

5.	The Defendant/Debtor will suffer irreparable harm in the event relief is not granted given Defendant counsel's need for additional time for recovery from surgery.

6.	**WHEREFORE**, Defendant/Debtor, Copley E. Szostak, respectfully requests this Court enter an order granting the Defendant/Debtor an additional seven (7) days in which to provide identification of the specific discovery requests that are objectionable and to order that filings in this matter be abated for such seven (7) period, and for such other and further relief as this Court deems necessary.

**Dated:  January 9, 2024**

        **Respectfully submitted,**

        **Steven S. Newburgh, Esq.**
        **STEVE NEWBURGH, P.A.**
        884 NW 6TH Drive
        BOCA RATON, FL 33486
        Tel: (917) 579-6951
        Text/SMS (561) 329-1997
        Email:  `ssn@newburghlaw.net`
        *Counsel for Copley E. Szostak,*
        *Debtor/Defendant*

        By: */s/ Steven S. Newburgh*
            **STEVEN S. NEWBURGH**
            Florida Bar No. 348619

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing has been furnished this 9th day of January, 2024, via CM/ECF to all persons authorized to receive notices, electronically, as set forth on the attached Service List and by U.S. Mail, postage prepaid, to all parties listed on the attached Service List who are not authorized to receive notices, electronically, through the Court's CM/ECF system.

By:  /s/ Steven S. Newburgh
      Steven S. Newburgh
      Fla. Bar No. 348619

# Mailing Information for Case 23-01070-MAM

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Alexis A Leventhal     aleventhal@reedsmith.com, slucas@reedsmith.com
- Steven S Newburgh     ssn@newburghlaw.net, cmecf@newburghlaw.net

### Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

- (No manual recipients)