

**ORDERED in the Southern District of Florida on April 16, 2024.**

_____
**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov**

In re:

COPLEY E. SZOSTAK,                             Case No. 22-19693-MAM

    Debtor.                                        Chapter 7
_____/

MICROBILT CORPORATION and PRINCETON
ALTERNATIVE FUNDING, LLC

    Plaintiffs,

v.                                             Adv. No. 23-01070-MAM

COPLEY E. SZOSTAK,

    Defendant.
_____/

**ORDER GRANTING IN PART DEFENDANT'S MOTION TO IMPOSE AUTOMATIC STAY AS TO PROCEEDINGS PENDING IN THE STATE OF NEW JERSEY, ABATING COUNT ONE OF PLAINTIFFS' AMENDED COMPLAINT SEEKING RELIEF PURSUANT TO 11 U.S.C. § 523 AND DENYING DEFENDANT'S MOTION TO THE EXTENT THE MOTION SEEKS REIMPOSITION OF THE AUTOMATIC STAY**

**THIS CAUSE**, came before the Court for hearing on March 19, 2024, at 10:00 A.M., on the Debtor/Defendant, Copley E. Szostak's Motion to Impose Automatic Stay as to Proceedings Pending in the State of New Jersey (the "Motion") [ECF No. 98], and Plaintiffs' Opposition thereto [ECF No. 104], and having reviewed the Motion and the record of these proceedings and having heard argument of counsel for the Plaintiffs and counsel for the Debtor/Defendant, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED IN PART AND DENIED IN PART.**

2. Count One (I) of Plaintiffs' Amended Complaint, seeking nondischargeability of a debt pursuant to 11 U.S.C. § 523, is hereby **ABATED**.

3. Plaintiffs' counsel shall notify the Court immediately upon the rendering of a non-appealable final judgment, or in the event of an involuntary or voluntary dismissal, with prejudice, of the New Jersey proceedings. Plaintiff's counsel shall cause any such notice to be filed of record in this adversary proceeding.

4. Plaintiffs may proceed as to Count Two (II) of Plaintiffs' Amended Complaint, seeking denial of Defendant's discharge pursuant to 11 U.S.C. § 727.

2

5. To the extent the Motion seeks reimposition of the Automatic Stay, the Motion is **DENIED**.

###

*Attorney Newburgh is hereby directed to serve a copy of this Order on all interested parties and to file a Certificate of Service thereon within three (3) days.*

Submitted by:

Steven S. Newburgh, Esq.
STEVE NEWBURGH, P.A.
884 NW 6th Drive
Boca Raton, FL 33486
Tel: 561-329-1997
Email:  ssn@newburghlaw.net

3