**EXHIBIT B**

| | |
|---|---|
| **From:** | chad paiva |
| **To:** | Baker, Derek J.; Leventhal, Alexis A. |
| **Cc:** | chad paiva; Steven Fender |
| **Subject:** | Re: Copely Szostak #22-19693-EPK - Document production - Email 1 of 2 |
| **Date:** | Wednesday, March 29, 2023 10:46:18 PM |
| **Attachments:** | Szostak - Doc 1 - Debtor"s 2021 federal income tax return - Redacted.pdf |
| | Szostak - Doc 2 - Debtor"s 2021 federal income tax return - Redacted.pdf |
| | Szostak - Doc 3 - Chase bank statements x2671 - July 2022 through December 2022 - Redacted.pdf |
| | Szostak - Doc 4 - PNC Bank statements x1181 - July 2022 through December 2022 - Redacted.pdf |
| | Szostak - Doc 5 - PennMutual Life Ins. Policy - February 2022 annual statement - Redacted.pdf |
| | Szostak - Doc 6 - PNC Bank statements x6652 - July 2022 through December 2022 - Redacted.pdf |
| | Szostak - Doc 7 - Present Company LLC - 2021 Form 1065 federal income tax return - Already redacted.pdf |
| | Szostak - Doc 8 - Present Company LLC - 2020 Form 1065 federal income tax return - Already redacted.pdf |
| | Szostak - Doc 9 - Present Company First Bank bank statements x1039 - May 2022 through October 2022 - Redacted.pdf |
| | Szostak - Doc 10 - Present Company 2022 Profit and Loss Statement - No redaction necessary.pdf |
| | Szostak - Doc 11 - Present Company First Bank bank statements x1039 - January 2022 through May 2022, and November and December 2022 - Redacted.pdf |
| | Szostak - Doc 12 - Present Company SBA loan documents - Redacted.pdf |

EXTERNAL E-MAIL - From trustee.paiva@gmail.com



Mr. Baker and Ms. Levanthal:

With the exception of Ms. Szostak's driver's license and social security card, attached are all of the documents produced to me by Ms. Szostak in conjunction with her bankruptcy case. Due to file size the documents will be sent in two emails. Any file name that ends in "Redacted" means that I redacted PII from the document. Any file name that ends in "Already redacted" means that I received the document with PII already redacted. There are 22 separate attachments.

Please contact my attorney and me should you have any questions.

Chad S. Paiva, Esq.
Fender Bolling and Paiva P.A.
Chapter 7 Panel Trustee
United States Bankruptcy Court
Southern District of Florida
6526 S. Kanner Highway, #376
Stuart, FL 34997
P: 561.762.4118
E: trustee.paiva@gmail.com

| | |
|---|---|
| **From:** | chad paiva |
| **To:** | Baker, Derek J.; Leventhal, Alexis A. |
| **Cc:** | Steven Fender |
| **Subject:** | Re: Copely Szostak #22-19693-EPK - Document production - Email 2 of 3 |
| **Date:** | Wednesday, March 29, 2023 10:48:57 PM |
| **Attachments:** | Szostak - Doc 15 - Chase bank statements x2671 - January 2023 - Already redacted.pdf |
| | Szostak - Doc 14 - PNC Bank statements x1181 - January 2023 - Already redacted.pdf |
| | Szostak - Doc 13 - PNC Bank statements x6652 - January 2023 - Already redacted.pdf |
| | Szostak - Doc 17 - Chase bank statements x2671 - February through May 2022 - Already redacted.pdf |
| | Szostak - Doc 18 - SourceONE domain name registration invoice - No redaction necessary.pdf |
| | Szostak - Doc 16 - Debtor"s 2020 UE benefits tax form - Already redacted.pdf |
| | Szostak - Doc 20 - Debtor"s 2021 UE benefits tax form - Already redacted.pdf |
| | Szostak - Doc 19 - PNC Bank statements x1181 and x6652 - Miscellaneous statements 2021 and 2022 - Already redacted..pdf |

==EXTERNAL E-MAIL - From trustee.paiva@gmail.com==



Mr. Baker and Ms. Levanthal:

Actually, this is email 2 of 3. Document 21 and 22 will be contained in email 3.

Chad S. Paiva, Esq.
Fender Bolling and Paiva P.A.
Chapter 7 Panel Trustee
United States Bankruptcy Court
Southern District of Florida
6526 S. Kanner Highway, #376
Stuart, FL 34997
P: 561.762.4118
E: trustee.paiva@gmail.com

| | |
|---|---|
| **From:** | chad paiva |
| **To:** | Baker, Derek J.; Leventhal, Alexis A. |
| **Cc:** | Steven Fender; chad paiva |
| **Subject:** | Re: Copely Szostak #22-19693-EPK - Document production - Email 3 of 3 FINAL |
| **Date:** | Wednesday, March 29, 2023 10:49:31 PM |
| **Attachments:** | Szostak - Doc 21 - Present Company LLC - 2019 Form 1065 federal income tax return - Already redacted.pdf |
| | Szostak - Doc 22 - Debtor"s 2019 NJ state income tax return main pages with NFS Form 1040 Schedule C - |
| | Already redacted.pdf |

EXTERNAL E-MAIL - From trustee.paiva@gmail.com



Mr. Baker and Ms. Leventhal:

Documents 21 and 22 attached.

Chad S. Paiva, Esq.
Fender Bolling and Paiva P.A.
Chapter 7 Panel Trustee
United States Bankruptcy Court
Southern District of Florida
6526 S. Kanner Highway, #376
Stuart, FL 34997
P: 561.762.4118
E: trustee.paiva@gmail.com

On Wed, Mar 29, 2023 at 10:43 PM chad paiva <trustee.paiva@gmail.com> wrote:

Mr. Baker and Ms. Levanthal:

With the exception of Ms. Szostak's driver's license and social security card, attached are all of the documents produced to me by Ms. Szostak in conjunction with her bankruptcy case. Due to file size the documents will be sent in two emails. Any file name that ends in "Redacted" means that I redacted PII from the document. Any file name that ends in "Already redacted" means that I received the document with PII already redacted. There are 22 separate attachments.

Please contact my attorney and me should you have any questions.

Chad S. Paiva, Esq.
Fender Bolling and Paiva P.A.
Chapter 7 Panel Trustee
United States Bankruptcy Court
Southern District of Florida
6526 S. Kanner Highway, #376
Stuart, FL 34997

P: 561.762.4118
E: trustee.paiva@gmail.com