**EXHIBIT C**

**From:** Steven Newburgh
**To:** Mullins, Edward M. (MIA)
**Cc:** Cooley, Michael P.; Costantinou, Emily C.; Leventhal, Alexis A.; Tina Vierengel
**Subject:** Meet and Confer Scheduling
**Date:** Wednesday, January 28, 2026 4:49:59 PM

**External E-Mail - FROM Steven Newburgh <snewburgh@newburghlaw.net>**



Dear Ed:

I understand you are lead counsel in the Szostak proceedings.  I would like to schedule a local rule meet and confer conference call.  I am available tomorrow, Thursday, January 29, 2026, and Friday, the 30th.  I am available at any time, each day.

Please let us know your availability over the next 2 days so we can coordinate.

Following Monday's call with Michael, I had expected to receive a proposed stipulation in respect of the agreement reached with your client, through Michael, concerning discovery issues that go to the heart of the proceedings in both Szostak adversary cases.  I have held off on motion practice, expecting instead to reach agreements on issues that are plainly black and white (at least as to my view).  I believe we reached an agreement but have not heard back from Michael concerning the extension of the trial period to allow for intra-counsel review of objections, if indicated by the amended discovery requests to be served by Plaintiff, in conjunction with Plaintiffs' service of discovery responses that are long overdue and promised to us by Alexis prior to her apparent departure from your firm.  As I informed Michael on Monday, Alexis is still of record for the Plaintiff.  You may want to check the dockets in this regard.  Ergo, Ms. Leventhal is copied herewith with the expectation that you will forward this communication to her, perhaps pending her withdrawal of record.

As the time for Plaintiff to serve any additional discovery has now passed, I reasonably expected the additional time would be welcomed by the Plaintiffs (as the LF-68 would be adjusted accordingly, thereby providing Plaintiffs with additional time to generate and serve the amended discovery requests on behalf of the Plaintiffs.   If this is not how Plaintiffs would like to proceed, I'm fine with your discovery door remaining closed and we can proceed to trial as currently scheduled, subject to Plaintiffs' compliance with our agreement.  Our agreement is nothing more than a reflection of the court's prior orders, which orders have been wholly ignored and disregarded by prior counsel appearing on behalf of the Reed Smith law firm.   In addition, the agreement cures the blanket objections

to defendants' discovery requests which have never been properly responded-to by prior counsel within your firm.

If you would like to discuss, feel free to call me at any time tonight, up to 11:30pm ET.

Thank you for your prompt and constructive response.

Best,

Steven S. Newburgh

We look forward to your response

*Steven S. Newburgh, Esq.*
**STEVE NEWBURGH, P.A.**
884 NW 6th Drive
Boca Raton, FL 33486
Tel: (561) 329-1997
Cell: (917) 579-6951
ssn@newburghlaw.net
Paralegal: Tina Vierengel, FRP
Email: tina@newburghlaw.net
ssn@newburghlaw.net

