**EXHIBIT G**

| | |
|---|---|
| **From:** | Cooley, Michael P. |
| **To:** | Steven Newburgh; Mullins, Edward M. (MIA) |
| **Cc:** | Costantinou, Emily C.; Tina Vierengel |
| **Subject:** | Re: Copley Szostak |
| **Date:** | Thursday, March 19, 2026 11:49:40 AM |
| **Attachments:** | Outlook-p0yz2ty5.png |
| | image001.png |
| | image004.png |

Steve—

Thanks for you time yesterday.  The following is intended to recap what we understand to be the points of agreement reached yesterday to streamline and facilitate our respective efforts to respond to one another's pending discovery requests.

> First, the plaintiffs agree that the relevant time period indicated for each of their discovery requests should be construed to end as of the commencement of the corresponding debtor's case and therefore seek information or documents only pertaining to the corresponding prepetition period.

> Second, the debtors confirm that what they are seeking from the debtors in their pending requests for production of documents is production of those documents that plaintiffs considered or relied upon or that otherwise formed the basis of plaintiffs' § 727 claim against each of the debtors.

> Third, the plaintiffs commit to responding to debtors' discovery forthwith and understand that the debtors are waiting for that material.

Please let me know if we have summarized our agreements accurately and note if you think we have missed or misstated anything.  We would ask that you send to us any prior discovery that has been produced so that our current team has the full information provided.

Regards,

mpc
**Michael P. Cooley**

mpcooley@reedsmith.com
D: +1 469.680.4213
M: +1 214.497.9584

**reedsmith.com**

---

**From:** Steven Newburgh <snewburgh@newburghlaw.net>

**Date:** Sunday, March 15, 2026 at 1:23 PM

**To:** Mullins, Edward M. (MIA) <EMullins@reedsmith.com>, Cooley, Michael P. <MPCooley@reedsmith.com>

**Cc:** Costantinou, Emily C. <ECostantinou@reedsmith.com>, Tina Vierengel <tina@newburghlaw.net>
**Subject:** Re: Copley Szostak

<span style="background-color: yellow">**External E-Mail - FROM Steven Newburgh <snewburgh@newburghlaw.net>**</span>



Counselors:  Please see attached Local Rule 7026-1 Request for Meet and Confer to occur between March 16 and 20, 2026.  Kindly provide a day and time that fits for all Plaintiffs' counsel.

Thank you.

*Steven S. Newburgh, Esq.*
**STEVE NEWBURGH, P.A.**
884 NW 6th Drive
Boca Raton, FL 33486
Tel:561.329.1997
Txt: 917.579.6951
Email: ssn@newburghlaw.net
Paralegal:  Tina Vierengel, FRP
tina@newburghlaw.net



Book time to meet with me

**From:** Steven Newburgh <snewburgh@newburghlaw.net>
**Sent:** Saturday, March 14, 2026 12:12 AM
**To:** Edward Mullins <emullins@reedsmith.com>; Cooley, Michael P. <mpcooley@reedsmith.com>
**Cc:** Costantinou, Emily C. <ecostantinou@reedsmith.com>; Tina Vierengel <tina@newburghlaw.net>
**Subject:** Copley Szostak

Dear Counselors:

Please refer to attached Defendant's Responses to Plaintiffs' Revised First Request for Documents.

I have waited now for a week to receive a promised call from you, Ed.  There's a lot to cover and we need to get this case ready for trial.

Let's discuss your intent to again harass Copley Szostak with an unnecessary deposition given all of the previous examinations.  I'm not producing her without a serious discussion under our local rules.  There will be no further "meet and confer" required sessions unless attorney Mullins participates.  It's important that he understands your client is suing under both 523 and 727.  I look forward to having you in the case.

Please let me know of a date in the next 7 days for us to conduct our meet and confer concerning this first part of the discovery process.

Finally, I noticed that the Substitution of Counsel signed by attorney Mullins does not contain the required certification under our Local Rules.  Please fix that at your earliest convenience or I will move to strike the substitution and revoke any pro hac admissions obtained thereby.

Have a nice weekend, all.

Best,

Steven S. Newburgh
For the Debtor, Copley Szostak

*Steven S. Newburgh, Esq.*
**STEVE NEWBURGH, P.A.**
884 NW 6th Drive
Boca Raton, FL 33486
Tel:561.329.1997
Txt: 917.579.6951
Email: ssn@newburghlaw.net
Paralegal:  Tina Vierengel, FRP
tina@newburghlaw.net



STEVE NEWBURGH, P.A.

Book time to meet with me